UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
ALFRED FAIT, Individually and on Behalf of : Civil Action No.: 09-cv-03161-LAK
All Others Similarly Situated, :
: CLASS ACTION
:
                Plaintiff, :
:
  vs. :
:
REGIONS FINANCIAL CORPORATION, :
REGIONS FINANCING TRUST III, C. :
DOWD RITTER, SAMUEL W. :
BARTHOLOMEW, JR., GEORGE W. :
BRYAN, DAVID J. COOPER, EARNEST W. :
DEAVENPORT, JR., DON DeFOSSET, :
JAMES R. MALONE, SUSAN W. :
MATLOCK, CHARLES D. McCRARY, :
CLAUDE B. NIELSEN, JORGE M. PEREZ, :
LEE J. STYSLINGER, III, SPENCE L. :
WILSON, JOHN R. ROBERTS, UBS :
SECURITIES LLC, CITIGROUP GLOBAL :
MARKETS INC., MERRILL LYNCH, :
PIERCE, FENNER & SMITH :
INCORPORATED, WACHOVIA CAPITAL :
MARKETS, LLC, MORGAN STANLEY & :
CO. INCORPORATED, MORGAN KEEGAN :
& COMPANY, INC. and ERNST & YOUNG :
LLP, :
:
                Defendants. :
---------------------------------------- x

[Caption continued on following page]

**NOTICE OF MOTION OF HOWARD M. RENSIN, TRUSTEE FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| WILLIAM SMITH, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 09-cv-03976-LAK |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| REGIONS FINANCIAL CORPORATION, REGIONS FINANCING TRUST III, C. DOWD RITTER, SAMUEL W. BARTHOLOMEW, JR., GEORGE W. BRYAN, DAVID J. COOPER, EARNEST W. DEAVENPORT, JR., DON DEFOSSET, JAMES R. MALONE, SUSAN W. MATLOCK, CHARLES D. MCCRARY, CLAUDE B. NIELSEN, JORGE M. PEREZ, LEE J. STYSLINGER, III, SPENCE L. WILSON, JOHN R. ROBERTS, UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, WACHOVIA CAPITAL MARKETS, LLC, MORGAN STANLEY & CO. INCORPORATED, MORGAN KEEGAN & COMPANY, INC. and ERNST & YOUNG LLP, | |
| Defendants. | |

PLEASE TAKE NOTICE that Howard M. Rensin, Trustee for the Howard M. Rensin IRA, by his counsel, will move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the related actions pending before this Court; (ii) appointing Howard M. Rensin as Lead Plaintiff; (iii) approving Howard M. Rensin's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Howard M. Rensin submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld, dated June 1, 2009.

| | |
|---|---|
| DATED: June 1, 2009 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD |

                        */s/ David A. Rosenfeld*
                         DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@csgrr.com
drosenfeld@csgrr.com

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
dwilens@csgrr.com
stirabassi@csgrr.com

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ANDREW J. BROWN
ERIC I. NIEHAUS
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
abrown@csgrr.com
eniehaus@csgrr.com
lolts@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                      *s/ David A. Rosenfeld*
                                      DAVID A. ROSENFELD