UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALFRED FAIT,

                Plaintiff,

      -against-                         09 Civ. 3161 (LAK)

REGIONS FINANCIAL CORPORATION, et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion to consolidate 09 Civ. 3976 with and into 09 Civ. 3161, to appoint a lead plaintiff and to appoint lead counsel is granted [09 Civ. 3161 docket item 16] in all respects, save the it is denied as moot insofar as it seeks consolidation.

       SO ORDERED.

Dated:      June 29, 2009

                                              Lewis A. Kaplan
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/29/09