UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFRED FAIT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

REGIONS FINANCIAL CORPORATION, et al.,

    Defendants.

---

09 Civ. 3161 (LAK)

ECF Case

       PLEASE TAKE NOTICE that upon the Declaration of Claire E. Hunter, executed on October 27, 2009 and the "Regions Parties' Memorandum of Law in Support of Their Motion to Dismiss," dated October 27, 2009, Regions Financial Corporation, Regions Financing Trust III, C. Dowd Ritter, Samuel W. Bartholomew, Jr., George W. Bryan, David J. Cooper, Earnest W. Deavenport, Jr., Don DeFosset, James R. Malone, Susan W. Matlock, Charles D. McCrary, Claude B. Nielson, Jorge M. Perez, Lee J. Styslinger, III, Spence L. Wilson and John R. Roberts, by their attorneys, Sullivan & Cromwell LLP, will move this Court on a date and at such time as may be designated by the Court, before the Honorable Lewis A. Kaplan, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an

order dismissing with prejudice the First Amended Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.

Dated: October 27, 2009                    SULLIVAN & CROMWELL LLP


                                           By  s/David B. Tulchin

                                           David B. Tulchin (DT 5557)
                                           William J. Snipes (WS 3076)
                                           Claire E. Hunter (CH 0531)
                                           Florence J. Goal (FG 2193)
                                           125 Broad Street
                                           New York, New York 10004
                                           (212) 558-4000
                                           E-mail: tulchind@sullcrom.com
                                           E-mail: snipesw@sullcrom.com
                                           E-mail: hunterc@sullcrom.com
                                           E-mail: goalf@sullcrom.com

                                           *Attorneys for Defendants Regions Financial Corporation, Regions Financing Trust III, C. Dowd Ritter, Samuel W. Bartholomew, Jr., George W. Bryan, David J. Cooper, Earnest W. Deavenport, Jr., Don DeFosset, James R. Malone, Susan W. Matlock, Charles D. McCrary, Claude B. Nielson, Jorge M. Perez, Lee J. Styslinger, III, Spence L. Wilson and John R. Roberts*