UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED FAIT, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>REGIONS FINANCIAL CORPORATION, et al.,<br><br>                Defendants. | No. 09-CV-3161 (LAK)<br>ECF Case |

## ERNST & YOUNG LLP'S
## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), defendant Ernst & Young LLP ("E&Y"), by its attorneys, hereby moves to dismiss the claims plaintiffs have asserted against it. In support of its motion, E&Y files herewith a memorandum of law and the Declaration of J. Bishop Grewell, executed on October 27, 2009.

October 27, 2009

Mauricio A. España
MAYER BROWN LLP
1675 Broadway
New York, New York 10019-5820
(212) 506-2500

Respectfully submitted,

s/ Stanley J. Parzen
Stanley J. Parzen
John J. Tharp, Jr.
James C. Schroeder
J. Bishop Grewell
MAYER BROWN LLP
71 S. Wacker Dr.

Chicago, IL  60606
(312) 782-0600
Email:  sparzen@mayerbrown.com
jtharp@mayerbrown.com
jschroeder@mayerbrown.com
jgrewell@mayerbrown.com
mespana@mayerbrown.com
*Attorneys for Defendant Ernst & Young LLP*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

                                              s/ Mauricio A. España
                                              MAURICIO A. ESPAÑA