UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALFRED FAIT, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) REGIONS FINANCIAL CORPORATION, et al., ) ) ) ) Defendants. ) ) | No. 09-CV-3161 (LAK) ECF Case |

---

## DECLARATION OF J. BISHOP GREWELL

I, J. Bishop Grewell, hereby declare as follows under penalty of perjury:

1. I was admitted to the bar of this court pro hac vice for the above-captioned matter and I am a member in good standing of the State Bar of Illinois and am associated with Mayer Brown LLP, counsel in this action for Ernst & Young LLP ("E&Y").

2. I submit this declaration on behalf of E&Y in support of its Motion to Dismiss filed this same day.

3. Attached hereto as Exhibit 1 is a copy of Plaintiff's First Amended Complaint, filed on August 28, 2009.

4. Attached hereto as Exhibit 2 is a copy of the transcript from the May 29, 2009 status conference held in this matter.

5. Attached hereto as Exhibit 3 is a copy (without its appendix) of Statement of Financial Accounting Standards No. 114, published by the Financial Accounting Standards Board, dated May 1993.

6. Attached hereto as Exhibit 4 is a copy (without its appendices) of Statement of Financial Accounting Standards No. 141, published by the Financial Accounting Standards Board, dated December 2007.

7. Attached hereto as Exhibit 5 is a copy (without its appendices) of Statement of Financial Accounting Standards No. 142, published by the Financial Accounting Standards Board, dated June 2001.

8. Attached hereto as Exhibit 6 is a copy of Codification of Statements on Accounting Standards AU § 110, published by the American Institute of Certified Public Accountants.

9. Attached hereto as Exhibit 7 is a copy of Regions January 20, 2009 Press Release, available online: http://phx.corporate-ir.net/phoenix.zhtml?c=65036&p=irol-newsArticle&ID=1246201&highlight=.

10. Attached hereto as Exhibit 8 is a copy of Codification of Statements on Accounting Standards AU § 711, published by the American Institute of Certified Public Accountants.

October 27, 2009

Respectfully submitted,

J. Bishop Grewell (Admitted Pro Hac Vice)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

<div style="text-align:right">

s/ Mauricio A. España
MAURICIO A. ESPAÑA

</div>