```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```
ALFRED FAIT,

                Plaintiff,

-against-

REGIONS FINANCIAL CORP., et al.,
                Defendants.
```
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/10

09 **CIVIL** 3161 (LAK)

**AMENDED JUDGMENT**

      The Regions Defendants and Ernst & Young LLP having moved to dismiss the amended complaint, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on May 10, 2010 and May 11, 2010, having rendered its Memorandum Opinion and Order granting the Regions Defendants and Ernst & Young LLP's motions to dismiss the amended complaint, and also dismissing all claims against defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Citigroup Global Markets Inc., Wachovia Capital Markets, LLC, Morgan Stanley & Co., Incorporated, and Morgan Keegan & Company, Inc., which joined in the Regions Defendants' motion to dismiss the amended complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 10, 2010 and May 11, 2010, the Regions Defendants and Ernst & Young LLP's motions to dismiss the amended complaint are granted; and all claims against defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Citigroup Global Markets Inc., Wachovia Capital Markets, LLC, Morgan Stanley & Co., Incorporated, and Morgan Keegan & Company, Inc., which joined in the Regions Defendants' motion to dismiss the amended complaint, are dismissed also.

Dated: New York, New York
      May 18, 2010

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____